UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE (A.D.),<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIM JA MONROE, AND STUDIO MOVIE GRILL HOLDINGS, LLC,<br><br>　　　　Defendants. | Case No. 2:16-CV-00263-JAM-AC<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:　February 10, 2016<br>Trial Date:　　　Not Set<br>Judge:　　　　Hon. John A. Mendez |

　　Pursuant to the Stipulation entered into by and between Plaintiff and Defendants KIM JA MONROE and STUDIO MOVIE GRILL HOLDINGS, LLC, through their respective counsel of record, and good cause appearing thereby,

　　IT IS HEREBY ORDERED that the matter of *Jane Doe (A.D.) v. Kim Ja Monroe and Studio Movie Grill Holdings, LLC*, filed in the United States District Court for the Eastern District of California, bearing Case Number 2:16-CV-00263-JAM-AC is hereby dismissed with prejudice in its entirely.

DATED: 8/29/2016　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　JUDGE OF THE UNITED STATES
　　　　　　　　　　　　　　　　　DISTRICT COURT

1
CERTIFICATE OF SERVICE